# Appendix A

K10 Note

K10 Plus

K5 Note

K5 Pro

Moto E4

Moto E4 Plus

Moto E5

Moto E5 Cruise

Moto E5 Play

Moto E5 Play Go

Moto E5 Plus

Moto E6

Moto G Power

Moto G5 Plus

Moto G5S Plus

Moto G6

Moto G6 Play

Moto G6 Plus

Moto G7

Moto G7 Play

Moto G7 Plus

Moto G7 Power

Moto G8 Plus

Moto Tab

Moto X4

Moto Z

Moto Z Force

Moto Z Play

Moto Z2 Force

Moto Z2 Play

Moto Z3

Moto Z3 Play

Moto Z4

One

One Hyper

One Power

One Zoom

P30

Razr 2019

S5

S5 Pro

S5 Pro GT

Smart Tab M10 (FHD)

Smart Tab M10 (HD)

Smart Tab P10

Tab 3 8 Plus

Tab 4 10

Tab 4 10 Plus

Tab 4 8

Tab 4 8 Plus

Tab M10

Tab V7

Yoga Smart Tab

Yoga Tab 3 Plus

Z5

Z5 Pro

Z5 Pro GT

Z5s

Z6

Z6 Pro

Z6 Pro 5G

Z6 Youth

ZUK Edge