# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOICEAGE EVS LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>LENOVO GROUP LTD.; LENOVO HOLDING COMPANY, INC.; LENOVO (UNITED STATES) INC.; MOTOROLA MOBILITY HOLDINGS, LLC; AND MOTOROLA MOBILITY LLC,<br><br>                Defendants. | C.A. No. 20-cv-810-UNA<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Christopher A. Seidl, Andrea L. Gothing, Li Zhu, Annie Huang, and Benjamen C. Linden of Robins Kaplan LLP to represent Plaintiff VoiceAge EVS LLC in this matter.

Date: June 23, 2020

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
302-777-0300
302-777-0301
bfarnan@farnanlaw.com

*Attorney for Plaintiff VoiceAge EVS LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____   _____
                                United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid  X   to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ___ to the Clerk's Office upon the filing of this motion.

Date:  __June 18, 2020____                         _____

                                                            Christopher A. Seidl
                                                            Robins Kaplan LLP
                                                            800 LaSalle Avenue, Suite 2800
                                                           Minneapolis, MN 55402
                                                           Telephone: (612) 349-8500
                                                           Facsimile: (612) 339-4181
                                                           CSeidl@RobinsKaplan.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid __X__ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ____ to the Clerk's Office upon the filing of this motion.

Date:  __06/23/2020__

_/s/ Andrea J. Gothing_
Andrea L. Gothing
Robins Kaplan LLP
2440 W El Camino Real, Suite 100
Mountain View, CA  94040 Telephone: (650) 784-4011 Facsimile: (650)784-4041
AGothing@RobinsKaplan.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid   X   to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ____ to the Clerk's Office upon the filing of this motion.


Date:  06/22/2020                                              _____
                                                                              Li Zhu
                                                                              Robins Kaplan LLP
                                                                              2440 W El Camino Real, Suite 100
                                                                              Mountain View, CA 94040
                                                                              Telephone: (650) 784-4040
                                                                              Facsimile: (650 784-4041
                                                                              LZhu@RobinsKaplan.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York, Minnesota and Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid   X   to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date:  June 23, 2020

                            _____
                            Annie Huang
                            Robins Kaplan LLP
                            399 Park Avenue, Suite 3600
                            New York, NY 10022
                            Telephone: (212) 980-7400
                            Facsimile: (212) 980-7499
                            AHuang@RobinsKaplan.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid __X__ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ____ to the Clerk's Office upon the filing of this motion.

Date: June 17, 2020

/s/ *Benjamen C. Linden*
Benjamen C. Linden
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
BLinden@RobinsKaplan.com