# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VoiceAge EVS LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Lenovo Group Ltd.; Lenovo Holding Company, Inc.; Lenovo (United States) Inc.; Motorola Mobility Holdings, LLC; and Motorola Mobility LLC,<br>　　　　　　　Defendants. | Case No. 20-810-CFC<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LENOVO GROUP LTD.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff VoiceAge EVS LLC ("Plaintiff") and Defendants Lenovo Holding Company, Inc.; Lenovo (United States) Inc.; Motorola Mobility Holdings, LLC; and Motorola Mobility LLC (collectively "Defendants") agree to dismiss Plaintiff's Complaint against Lenovo Group Ltd. without prejudice, with no award of fees or costs relating to this dismissal, based on the following representations from Defendants:

　　1.　Lenovo Group Ltd. does not make, use, sell, offer to sell, or import into the United States any of the products or categories of products referenced in VoiceAge EVS's Complaint.

2. Motorola Mobility LLC and Lenovo (United States) Inc. are responsible for all allegedly infringing U.S. actions, including using, importing, offering for sale, and selling products or categories of products referenced in VoiceAge EVS's Complaint.

3. Lenovo Holding Company, Inc.; Lenovo (United States) Inc.; Motorola Mobility Holdings, LLC; and Motorola Mobility LLC shall remain as named defendants in this action and represent that they are able to satisfy any judgment against them in this case.

4. Defendants each have the authority to enter into this Stipulation. Defendants understand that VoiceAge EVS is relying on all representations in this Stipulation.

Dated:  September 30, 2020

*Of Counsel:*

Christopher A. Seidl
Benjamen C. Linden
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
T: (612) 349-8500
F: (612) 339-4181
cseidl@robinskaplan.com
blinden@robinskaplan.com

Andrea L. Gothing
Li Zhu
Robins Kaplan LLP
2440 W El Camino Real, Suite 100
Mountain View, California 94040
T: (650) 784-4040
F: (650) 784-4041
agothing@robinskaplan.com
lzhu@robinskaplan.com

Annie Huang
Robins Kaplan LLP
399 Park Avenue, Suite 3600
New York, New York 10022
T: (212) 980-7400
F: (212) 980-7499
ahuang@robinskaplan.com

Respectfully submitted,

FARNAN LLP

 */s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
T: (302) 777-0300
F: (302) 777-0301
bfarnan@farnanlaw.com

*Attorneys for Plaintiff VoiceAge EVS LLC*

3

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Rodger D. Smith II* _____
        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        jblumenfeld@mnat.com
        rsmith@mnat.com

        *Attorneys for Defendants Lenovo Holding Company, Inc., Lenovo (United States) Inc., Motorola Mobility Holdings, LLC and Motorola Mobility LLC*

IT IS SO ORDERED this \_\_\_\_ day of _____, 2020.

        _____
        United States District Judge