IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOICEAGE EVS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1945 (CFC) |
| | ) | |
| HMD GLOBAL OY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| VOICEAGE EVS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-810 (CFC) |
| | ) | |
| LENOVO HOLDING COMPANY, INC., | ) | |
| LENOVO (UNITED STATES) INC., | ) | |
| MOTOROLA MOBILITY HOLDINGS, | ) | |
| LLC and MOTOROLA MOBILITY LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| VOICEAGE EVS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1061 (CFC) |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington this ___ day of _____, 2021, having considered Defendants' unopposed motion for issuance of request for international judicial assistance to the Quebec superior court in Canada, IT IS HEREBY ordered that:

1. The motion is GRANTED, and the Court is herewith executing and issuing the separately submitted Request (a copy of which is attached hereto as Exhibit 1);

2. Defendants may serve on and submit to the Quebec Superior Court in Canada the executed Request signed by the Court;

3. Pursuant to the Joint Stipulation so-ordered on March 17, D.I. 24, 25, evidence produced by VoiceAge Corporation or the Université de Sherbrooke or their representatives in response to the Request shall be deemed equally available for use in VoiceAge EVS LLC v. HMD Global Oy, C.A. No. 19-1945-CFC; VoiceAge EVS LLC v. Lenovo Holdings Company, Inc., et al., C.A. No. 20-810-CFC; and VoiceAge EVS LLC v. Apple Inc., No. 20-1061-CFC; and

4. Insofar as the Request is intended to procure documentary evidence, oral deposition testimony shall be taken pursuant to the Request and used in the above matters solely in the event that VoiceAge Corporation or the Université de Sherbrooke decline to produce documents identified in the Request based on Quebec's Business Concerns Records Act, CQLR c D-12.

_____
United States District Judge